**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                   General Court Number
Clerk                                                                            415.522.2000


January 23, 2008


Jonathan Lee Riches
F.C.I. Williamsburg
P.O. Box 340
Salters, SC 29590


SUBJECT:     Request for Payment of Docket Fee

 **Title:  JONATHAN LEE RICHES -v- JERRY RICE**
 **Case Number:          CV 07-05868 MJJ**
 **Court of Appeals Number:**


 **A notice of appeal was filed with this Court on 1/8/08 and the docketing fee of**

**$455.00 has not been received.  Please forward the above referenced fee to this office**

**immediately.**

 **The check is to be made payable to "CLERK, U.S. DISTRICT COURT."**

 **Sincerely,**

 **RICHARD W. WIEKING, Clerk**


 **by:  Simone Voltz**
 **Case Systems Administrator**


cc: **U.S. Court of Appeals**