**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

———————

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 29, 2008

CASE NUMBER:   **CV 07-05868 MJJ**
CASE TITLE:   **JONATHAN LEE RICHES-v- JERRY RICE**
DATE MANDATE FILED:   4/25/08

TO COUNSEL OF RECORD:

   The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

                              Sincerely,

                              RICHARD W. WIEKING, Clerk

                              by: *Sheila Rash*
                              Case Systems Administrator

Distribution:   CIVIL   -   Counsel of Record

                CRIMINAL   -   Counsel of Record
                              U.S. Marshal (Copy of Mandate)
                              U.S. Probation Office

NDC App-16